## OHIO SUPREME COURT—Continued

### No. 115
### STATE ex rel STANTON v. POWELL
Ohio Supreme Court

No. 18229. Decided February 12, 1924; filed Dec. 12, 1923. 1 Abs. 860

**327. COURTS—Cleveland Chief Justice Act, held constitutional—Does not create a new office.**

MARSHALL, C. J.

Epitomized Opinion
First Publication of this Opinion

An action of quo warranto brought by the relator as prosecuting attorney, against the defendant as Common Pleas Judge of Cuyahoga county, to inquire by what warrant he exercises the office of Chief Justice of that court, and asking that he be ousted therefrom. The defendant demurred to the petition and this presents three questions for consideration.

1. Whether the amendment of March 13, 1923 (110 OL. 52) to 1558 GC., providing a Chief Justice for this court and specifying his duties, is a law of a general nature, and if so, whether it has uniform operation throughout the State, and whether it contravenes Sec. 26, Art. II, Ohio Const.

2. Whether that amendment creates an "office," and therefore contravenes Sec. 2, Art X, and Sec. 10, Art. IV, of the constitution, and also whether it is such "other office," as a Common Pleas judge cannot hold by reason of Sec. 14, Art. IV, constitution.

3. Whether it contravenes that provision of said Sec. 14 which forbids diminishing the pay of such a judge during his term of office.

The Supreme Court held that as the subject matter of the law is general, having application to Common Pleas judges, and notwithstanding that in some counties of the state there is but one judge while in others there are two or more, yet its provisions permit it to operate in every county where there are or may be two or more judges. That the constitution provides for additional judges in each county, and that this provision would be impotent, if the legislature could not provide administrative machinery to carry it into effect, which is all that this amendment does. It therefore has uniform operation. 6 OS. 269; 62 OS. 637; 97 OS. 41, and 84 OS. 143, cited and considered. Constitutional authority for this change is found in Sec. 18, Art. IV., Const., providing the power and jurisdiction of the judges.

2. That the respondent having been selected by his associates merely, and not "nominated and elected as Chief Justice," so long as the judges of the court merely select one of their number to discharge additional duties, there is no transgression of the constitution. The question as to the validity of the title of a "Chief Justice," who may hereafter be elected, can be disposed of only in an action of quo warranto therefater filed.

3. As no judge has yet been denied any part of his compensation, that question cannot here be determined; but only at the suit of a judge who complains of such treatment. Judgment for respondent.

Attorneys—Edward Stanton, Prosecutor, and H. A. Parsons, Asst., for Relator; Paul Howland, Homer E. McKeehan and Louis H. Winch, for Judge Powell, all of Cleveland.

# A Few Suggestions OF BOOKS
## BY H. W. HOWARD HAYNES
## 2080 E. 107th St.

Up to date trial men will be delighted to know that Jones on Eevidence Handbook, $10, is kept to date, and the 1924 edition, with thorough revision by William Carey Jones, is ready for delivery, February 10.

Jones is noted for carefulness of citation and the directness with which the law is pointed out for ready reference at the trial.

With over 58% of the entire wealth of the United States invested in real estate, it is no small wonder that Ohio lawyers in particular should be interested in a new complete work on Real Property, in all its phases, the only one in decade that can be used as a real practical guide. Price, $60.

Thompson is announced in seven volumes and will be kept to date as the need demands in supplementary volumes.

Leonard Jones' works are used as a basis for the work, which is by George W. Thompson, who will be favorably remembered as the author of "Title" and "Wills."

"City Growth and Land Values" by Stanley McMichael and Robert Bingham, $4, is ready for delivery. It gives the best idea of how to estimate property and all the relations that bear upon it that has ever been put into book form. It is a fine companion book for "Long and Short Term Leaseholds," also by McMichael, which has had a nation wide sale, at $4.

Deibel's Ohio Probate Code is having a wonderful run. Its price is $15. You do not have to carry it in your head. You can carry it in your hand. Fine, well worded forms and a real lawyer's way of stating the law, without ambiguity. Dedicated to Judge Alexander Hadden, of Cleveland.